## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

**MARY CLAYBORN,**

    **Plaintiff,**

**v.**                                                                 **Civil Action 3:20-cv-00523**

**LOWE'S HOME CENTERS, LLC,**

    **Defendant.**

### <u>AGREED DISMISSAL ORDER</u>

On this day came the parties and represented to the Court that all matters in this controversy between them have been resolved and compromised and jointly moved the Court for an Order dismissing all claims in this action, with prejudice, each side to bear its own costs.

Accordingly, it is hereby **ORDERED** that this action be and hereby is dismissed, with prejudice, as having been fully settled, compromised, and adjusted, each side to bear its own costs.

The Clerk of the Court is directed to send certified copies of this Order to the parties of record.

Entered this 17 day of May, 2021.

Robert C. Chambers
United States District Judge

Prepared by:


/s/Ellen J. Vance
Eric W. Iskra (WV State Bar # 6611)
Ellen J. Vance (WV State Bar # 8866)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (Zip 25301)
P.O. Box 273
Charleston, West Virginia  25321-0273
304-340-3800
        *Counsel for Defendant*

and

/s/Hoyt Glazer
Hoyt Glazer (WV State Bar # 6479)
Glazer Saad Anderson L.C.
320 Ninth Street, Suite 200
Huntington, West Virginia  25701

James D. McQueen, Jr. (WV State Bar # 6479)
McQueen Davis, PLLC
P.O. Box 176
Huntington, West Virginia  25706
        *Counsel for Plaintiff*